NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**SOUTHERN STATES MARKETING, INC.,**
*Appellant,*

**v.**

**COLOR ME MINE ENTERPRISES, INC.,**
*Appellee.*

---

2011-1377
(Opposition No. 91185327)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## JUDGMENT

---

Kelley C. Herrin, Thompson, Slagle & Hannan, of Duluth, Georgia, argued for appellant.  On the brief was JEFFERSON B. SLAGLE

BRUCE B. BRUNDA, Stetina, Brunda, Garred & Brucker, of Aliso Viejo, California, argued for appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 18, 2012 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |